LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

November 14, 2023

**MEMO ENDORSED**

VIA ECF
Hon. Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

Re: *Hashimi v. 37A Bedford LLC et al.* 23-cv-7199 (KPF)

Dear Judge Failla:

    I represent the Plaintiff, Abeth Hashimi, in the above referenced matter.  I write to request a 30 -day adjournment of the initial conference currently scheduled for 11/16.  The Defendants have not yet appeared in this matter.  Their time to appear has not yet expired but will do so on 11/21.  The Affidavits of service were filed on 11/12 (Docket Nos. 8 and 9).  Thus, Plaintiff respectfully requests an adjournment to allow Defendants time to appear and, hopefully, to discuss the matter with Plaintiff.  Thank you.

                           Respectfully submitted,

                           /s/Jennifer E. Tucek
                           Jennifer E. Tucek

```
Application GRANTED.  The initial pre-trial conference ("IPTC")
scheduled for November 16, 2023, is hereby ADJOURNED to
December 20, 2023, at 3:30 p.m.

The Clerk of the Court is directed to terminate the pending
motion at docket number 10.
                                         SO ORDERED.
Dated:    November 15, 2023
          New York, New York
                                         [signature]

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE
```