LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

December 15, 2023

**MEMO ENDORSED**

<u>VIA ECF</u>
Hon. Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

Re: *Hashimi v. 37A Bedford LLC et al. 23-cv-7199* (KPF)

Dear Judge Failla:

    I represent the Plaintiff, Abeth Hashimi, in the above referenced matter.  I write to request a 30 - day adjournment of the initial conference currently scheduled for 12/20 as Defendants have not timely appeared. Plaintiff filed a Proposed Certificate of Default today (Docket No. 12 and 13).  I will continue to reach out to Defendants and will await an Order regarding the scheduling of a default motion.  Thank you.

                                            Respectfully submitted,

                                            /s/Jennifer E. Tucek
                                            Jennifer E. Tucek

```
The Court is in receipt of Plaintiff's letter requesting an
adjournment of the Initial Pre-Trial Conference ("IPTC").  (Dkt. #14).
In light of Plaintiff's representation that it intends to file a
default motion, the IPTC currently scheduled for December 20, 2023, is
hereby ADJOURNED sine die.

The Clerk of the Court is directed to terminate the pending motion at
docket number 14.                                    SO ORDERED.

Dated:    December 18, 2023
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE